| Com. v. Carter ..... | 11/10/2015362 EAL (2015) | Denied | Pa.Super., 122 A.3d 450 |
|---|---|---|---|
| Com. v. Caterino ... | 11/04/2015253 WAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Cuadra .... | 10/07/2015451 MAL (2015) | Denied | Pa.Super., 122 A.3d 443 |
| Com. v. Davilla..... | 09/29/2015240 EAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Com. v. Devore..... | 10/14/2015264 EAL (2015) | Denied | Pa.Super., 121 A.3d 1125 |
| Com. v. Dingle ..... | 09/29/2015176 EAL (2015) | Denied | Pa.Super., 120 A.3d 1043 |
| Com. v. Eakin ...... | 11/10/2015237 WAL (2015) | Denied | Pa.Super., 120 A.3d 1053 |
| Com. v. Ebersole ... | 10/14/2015384 MAL (2015) | Denied | Pa.Super., 122 A.3d 441 |
| Com. v. Edwards ... | 10/07/2015281 EAL (2015) | Denied | |
| Com. v. Engram.... | 10/14/2015204 WAL (2015) | Denied | Pa.Super., 121 A.3d 1144 |
| Com. v. Finch ...... | 09/28/2015141 EAL (2015) | Denied | Pa.Super., 116 A.3d 684 |
| Com. v. Foster ..... | 11/04/2015260 WAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Fullman ... | 10/14/2015416 EAL (2015) | Denied | Pa.Super., 122 A.3d 455 |
| Com. v. Gibson..... | 10/14/2015200 WAL (2015) | Denied | Pa.Super., 121 A.3d 1144 |
| Com. v. Glass ...... | 10/14/2015107 EAL (2015) | Denied | Pa.Super., 118 A.3d 458 |